

# U.S. District Court

### Texas Western - San Antonio

Receipt Date: Sep 15, 2025 2:42PM

MARK ANTHONY ORTEGA
152 BEDINGFIELD
SAN ANTONIO, TX 78231

| Rcpt. No: 8606 | Trans. Date: Sep 15, 2025 2:42PM | | | Cashier ID: #DG (2225) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1032 | 09/8/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** 5:25-CV-1155. MARK ANTHONY ORTEGA V. ENSURETY VENTURES, A MISSOURI LIMITED LIABILITY COMPANY.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov