Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



RECEIVED
SEP 1 0 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S. District Court's Office
262 West Nueva St Rm 1-400
~~SATX~~ San Antonio, TX 78207

SA25CA1155 XR
MJ-RBF