UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>ENSURETY VENTURES, A MISSOURI §<br>LIMITED LIABILITY COMPANY; §<br>TOTAL CARE WARRANTY, LLC, §<br>BASIT IFRAN, §<br>*Defendants* § | Case No. SA-25-CA-01155-XR |

## ORDER

On this date, the Court considered the status of this case. On February 10, 2026, there was an initial status conference and hearing on all pending motions.

For the reasons stated in open court on February 10, 2026, it is **ORDERED** that:

1. Defendant Ensurety Ventures's Motion to Dismiss (ECF No. 10) is **WITHDRAWN**;

2. The discovery requests that have been sent to Plaintiff Ortega are **WITHDRAWN**;

3. Defendants may file a renewed Motion to Dismiss **on or before February 24, 2026;** and

4. All discovery in this case is **STAYED** except that Ortega shall, if he has not already, provide Defendants with whatever evidence he has that the calls at issue were made in violation of the Telephone Consumer Protection Act or the Texas Business and Commerce Code.

It is so **ORDERED**.

**SIGNED** this 10th day of February, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE